Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of West Virginia

Clarksburg Division

**FILED**

MAY 12 2025

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

|  |  |
|---|---|
| JUSTIN HERMAN WALLACE, <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> **-v-** <br><br><br><br><br> FEDERAL BUREAU OF PRISONS, <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.  3:25-CV-71
*(to be filled in by the Clerk's Office)*
Groh, Trumble, Sims

Jury Trial: *(check one)*  ☒ Yes  ☐ No

# COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Justin Herman Wallace # 75257-004 |
| Street Address | FPC-Morgantown/ P.O. Box 1000 |
| City and County | Morgantown, Monongalia County |
| State and Zip Code | W.V. 26507 |
| Telephone Number | None |
| E-mail Address | None |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Federal Bureau of Prisons |
| Job or Title *(if known)* | |
| Street Address | 446 Greenbag Road, Route 857 |
| City and County | Morgantown, Monongalia County |
| State and Zip Code | W.V. 26501 |
| Telephone Number | (304) 296-4416 |
| E-mail Address *(if known)* | MRG-ExecAssistant-S@bop.gov |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Civil Rights          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Civil Rights

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

American Disability Act (ADA), and Section 504 of the Rehabilitation Act; and Title VI of the Civil Rights Act.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff Herman has been in custody of the Federal Bureau of Prisons for roughly 26 months to date and is housed at Federal Prison Camp Morgantown in Morgantown, West Virginia. Since Mr. Herman self-surrendered at FPC-Morgantown almost 26 months ago he has been subjected to discrimination, and has been treated in a manner contrary to his statutory rights. As the result of Mr. Herman being disabled by being deaf without the assistance of hearig aids, completely blind in his right eye, foot neuropathy, diabetic, and high blood pressure.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## **Continuation of Question III. Statement of Claim:**

Plaintiff Herman asserts that he will establish that the Federal Bureau of Prisons discriminated against him based upon him being Jewish in violation of Title VI of the Civil Rights Act. The continued deprivation of diabetic shoes and the deprivation of diabetic shoes and the deprivation of bottom bunk pass even though he is completely blind in his left eye and deaf in both ears without the assistance of hearing aid in both ears as Mr. Herman was deprived of a hearing aid for five to ten days while being housed in the Special Housing Unit (SHU), and even after the Warden of FPC-Morgantown ordered the prison officials to provide Mr. Herman with a hearing aid, however he still did not receive a hearing aid until he went on a hunger strike this violates the Americans with Disabilities Act (ADA).

## **Cause of Action Number One:**

Plaintiff Herman states that the FPC-Morgantown staff that being the Lieutenant Wright, Officer Tennant, PA Meyer, and Health Service Administrator Coch has discriminated against him based upon his race of being Jewish. Several racial slurs have been made by the FPC-Morgantown staff outlined above herein to Mr. Herman that specifically was stated as follows: **"you people deserve nothing"** or **"you people are horrible."** The result of him being

5

Jewish lead to an incident where the Lieutenant called him to his office and stated to Mr. Herman that: **"If you knock on any Health Services doors again you will receive an out of bounds Misconduct Report."** On March 21, 2023, between 2:00 through 3:00 p.m., Mr. Herman arrived at FPC-Morgantown to self-surrender and at that time Plaintiff Herman came into the prison camp with the NOOPL inside his property and he also discharged from FPC-Morgantown on a writ to the Eastern District of Virginia from May 23, 2023 through July 24, 2023, and was admitted back into FPC-Morgantown with the same NOOPL. On November 10, 2024, Plaintiff Herman received a Code 108-Misconduct Report for Possessing a Hazardous Tool, thus the writing of the Incident Report was due to discriminatory manner he has suffered since arrival at FPC-Morgantown for being Jewish. Mr. Herman was placed of IFRP refusal in which is the Inmate Financial Responsibility Program in which resulted in the deprivation of First Step Act (FSA) good-time credits, termination of email privileges, and commissary restriction for allegedly missing (IFRP) payment. Regarding the (IFRP) refusal status although he made a deposit on November 08, 2023, consistent with the published payment schedule even though the payment would be posted on November 09, 2023, however it

6

instead posted **early** on November 08, 2023, which was no fault his but due to this early withdrawal led to Mr. Herman being placed on (IFRP) refusal. On December 07, 2023, Mr. Herman successfully made (IFRP) payment and trying to make sure he would not go on (IFRP) refusal Mr. Herman made double payments on October 10, 2023, October 31, 2023, and January 02, 2024, even though Plaintiff Herman timely made (IFRP) payments he was placed on (IFRP) refusal on October 10, 2023, and resulted him loosing FSA good-time credits and other applicable restrictions as discussed above herein.

Plaintiff Herman states that all these actions by the Defendants the Federal Bureau of Prisons was based upon intentional discrimination of Justin Wallace Herman due his race of being Jewish in which violates Title VI of the Civil Rights Act; Fifth and Fourteenth Amendment of the U.S. Constitution. See Alexander v. Sandoval, 532 U.S. 275, 279 (2001) ("private individuals may sue to enforce...Title VI and obtain both injunctive relief and damages); and Faccio v. Eggleston, 2011 U.S. Dist. LEXIS 93649, 2011 WL 3666588, at * 9 (N.D.N.Y., Aug. 22, 2011) (same). See also, Black v. Lane, 824 F.2d 561, 562 (7th Cir. 1987) (racial discrimination in prison in violation of the Fifth and Fourteenth Amendment) (emphasis

7

added).

## Cause of Action Number Two:

Plaintiff Herman asserts that MA Meyer, Health Services Administrator Coch, and Clinical Director Dr. Clarke have deprived him of soft shoe pass to buy or provide Mr. Herman with diabetic shoes and a bottom bunk pass. Mr. Herman has requested a soft shoe pass to buy diabetic shoes as he is a diabetic who also has foot neuropathy to date he is walking around with shoes that have holes in the bottom of it and someone with his condition could lead to his feet or foot being amputated. This is an urgent matter, however the FPC Morgantown Medical Staff continue to turn a blind eye upon Plaintiff Herman's medical needs regarding the urgent need for diabetic shoes. See Attachment A.

Mr. Herman is completely blind in his left eye and deaf without the assistance of hearing aids, has serious back problems, and suffers from foot neuropathy as well as being a diabetic but yet the FPC Morgantown Medical Staff revoked his bottom bunk pass and refuse to reissue Mr. Herman a bottom bunk pass he is at serious risk of falling off the top bunk but no one at his facility seems to care for his serious medical needs to date.

The Defendants are violating the Americans Disability Act

8

(ADA) and Section 504 of the Rehabilitation Act. See Perez v. Sturgis Public Schools, 598 U.S. 142, 150 (2023) (the Supreme Court held that individuals filing (ADA) and Section 504 complaints do not need to exhaust administrative remedies to file civil suit action in federal court).

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Plaintiff Herman, respectfully requests that the Federal Bureau of Prisons is civilly liable to him in the sum of $1.5 million dollars and Emergency Mandatory Injunctive Relief is warranted in the matter herein.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      05/05/2025

Signature of Plaintiff      _Justin M. Herman_

Printed Name of Plaintiff      Justin Wallace Herman

### B.      For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney      _____

Bar Number      _____

Name of Law Firm      _____

Street Address      _____

State and Zip Code      _____

Telephone Number      _____

E-mail Address      _____